UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHARLES McCRANEY                                                                                PLAINTIFF

v.                                                                   CIVIL ACTION NO. 3:12-CV-P77-R

LOUISVILLE METRO POLICE DEPT. et al.                                                  DEFENDANTS

**MEMORANDUM OPINION**

Plaintiff Charles McCraney filed a *pro se*, *in forma pauperis* complaint and amended complaint. On initial review, the Court ordered Plaintiff to show cause within 30 days of entry of the Order why his discrimination claim should not be dismissed as time-barred. The Order was returned by the U.S. Postal Service marked: "Return to Sender." Because a letter sent by Plaintiff in another case before this Court had a new address, "The Burns M. Brady Center," the Order in the instant case was remailed to Plaintiff at that address. That mailing has not been returned.

More than 30 days have passed, and Plaintiff has failed to respond to the Court's show-cause Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc:     Plaintiff, *pro se*
4413.009